# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>       v.<br><br>ALESANDRO SANTOS-MORANTES,<br><br>                          Defendant. | Case No. 15-cr-3235-BAS<br><br>**JUDGMENT AND ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE** |

Pending before the Court is the United States of America's motion to dismiss the indictment without prejudice. Having reviewed the motion, and good cause appearing, the Court **GRANTS** the Government's motion and **DISMISSES WITHOUT PREJUDICE** the indictment against Alesandro Santos-Morantes.

   **IT IS SO ORDERED.**

**DATED: January 28, 2016**

*[Signature]*
Hon. Cynthia Bashant
United States District Judge